.JANE M. SIMS, Respondent, *v.* THE NEW YORK COLLEGE OF
DENTISTRY, Appellant.

(Submitted February 8, 1888; decided February 28, 1888.)

APPEAL from judgment of the General Term of the Supreme
·Court in the second judicial department, entered upon an order
made February 11, 1885, which affirmed a judgment entered
upon a verdict in favor of plaintiff, and affirmed an order
·denying a motion for a new trial.

*M. McN. Walsh* for appellant.

*J. L. Overfield* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.